157 A.3d 841

YAQUELIN HERNANDEZ, PLAINTIFF–RESPONDENT, v. FANCY HEAT CORPORATION, DEFENDANT–PETITIONER.

December 5, 2016

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–001840–14 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied, with costs.